**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| MICHAEL CUTTS, | No. 18-15377 |
| Plaintiff-Appellant, | |
| v. | D.C. No. 2:17-cv-01525-JCM-PAL |
| RICHLAND HOLDINGS, INC., DBA Acctcorp of Southern Nevada; CLIFFORD MOLIN, DBA Zeeba Sleep Center, | ORDER* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Argued and Submitted June 14, 2019
Submission Withdrawn July 22, 2019
Resubmitted March 11, 2020
San Francisco, California

Before: GOULD and IKUTA, Circuit Judges, and PEARSON,** District Judge.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The Honorable Benita Y. Pearson, United States District Judge for the Northern District of Ohio, sitting by designation.

The stay of these proceedings is lifted. This case is hereby resubmitted as of the date of this order.

This appeal is hereby dismissed pursuant to the parties' joint stipulation to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure (Dkt. 53). The parties have agreed that each side shall bear its own costs on appeal. The filing of this order shall serve as the court's mandate.

The Clerk is hereby directed to serve a copy of this order on the Nevada Supreme Court.

**DISMISSED**